An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFF HINES,
Appellant,
vs.
ROY KIEFFER,
Respondent.

No. 64793

**FILED**

JAN 02 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On June 10, 2014, this court directed appellant to serve on respondent his notice of appeal and civil pro se appeal statement and to file in this court, within 15 days of the June 10 order, properly completed certificates of service for those documents. On August 27, 2014, appellant filed a letter in this court indicating that he was attempting to procure an attorney to represent him in this case. To date, appellant has failed to comply with our June 10 order or otherwise communicate with this court regarding service or his efforts to retain counsel, and thus, we conclude that appellant has abandoned this appeal. We therefore

ORDER this appeal DISMISSED.

_____, A.C.J.

cc:    Hon. Jerry A. Wiese, District Judge
       Jeff Hines
       Black & LoBello
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-00041